IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No.  13-cv-00854-REB-CBS

JULIE RASCON,

     Plaintiff,

v.

QWEST CORPORATION,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#19][1] filed October 17, 2013.  After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice with each party to pay its own costs.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Stipulation For Dismissal With Prejudice** [#19] filed October 17, 2013, is **APPROVED**;

2.  That the Final Pretrial Conference and Trial Preparation Conference set March 21, 2014, are **VACATED**;

3.  That the jury trial set to commence April 7, 2014, is **VACATED**; and

---

[1] "[#19]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 21, 2013, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge